# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO.  03-20-00189-CV

**Appellant, Paul Marx// Cross-Appellants, Nellie Katherine Marx, Sandra Jones and William Donald Marx, Individually and as Co-Trustees of the Paul Marx 2013 Management Trust, and Johnnie Love-Marx**

**v.**

**Appellees, Nellie Katherine Marx, Sandra Jones and William Donald Marx, Individually and as Co-Trustees of the Paul Marx 2013 Management Trust// Cross-Appellees, Paul Marx and Johnnie Love-Marx**

---

**FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY
NO. C-1-PB-16-000686, THE HONORABLE GUY S. HERMAN, JUDGE PRESIDING**

---

## O R D E R

**PER CURIAM**

Joseph S. Babb, who has been appointed to serve as guardian of the estate of appellant Paul Marx for limited purposes related to this litigation, has filed a motion to allow him, in his capacity as guardian of the estate of Paul Marx, to substitute as appellant in place of Paul Marx. *See* Tex. R. App. P. 7.1(b). The Court grants the motion. The case now will be styled as follows: *Joseph S. Babb as Guardian of the Estate of Paul Marx// Cross-Appellants, Nellie Katherine Marx; Sandra Jones; and William Donald Marx, Individually and as Co-Trustees of the Paul Marx 2013 Management Trust; and Johnnie Love-Marx v. Nellie Katherine Marx; Sandra Jones; and William Donald Marx, Individually and as*

*Co-Trustees of the Paul Marx 2013 Management Trust// Cross-Appellees, Joseph S. Babb as*

*Guardian of the Estate of Paul Marx and Johnnie Love-Marx.*

It is ordered on September 3, 2020.


Before Justices Goodwin, Triana, and Smith